UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re :                                                          Case No. **6:05-bk-09013-KSJ**
                                                                 Chapter 7
**Bruno Malara**
                    Debtor(s).
_____/

**NOTICE & REPORT BY TRUSTEE OF DEPOSIT OF UNCLAIMED FUNDS
INTO COURT UNCLAIMED FUND ACCOUNT**


Marie E. Henkel, Chapter 7 Trustee of the above captioned estate, reports that pursuant to the Final Report of Chapter 7 Trustee, she has disbursed all funds and the following checks have been returned as unclaimed :

| To | Address | Amount |
|---|---|---|
| American Express | P O Box 297879<br>Ft. Lauderdale, FL 33329<br>Claim No. 00002 | $ 7,269.68 |
| Capital One | P O Box 85184<br>Richmond, VA 23285<br>Claim No. 00004 | 12,161.72 |
| Capital One Bank | P O Box 530081<br>Atlanta, GA 30353<br>Claim No. 00005 | 3,811.18 |
| Capital One Bank | P O Box 530081<br>Atlanta, GA 30353<br>Claim No. 00006 | 8,309.38 |
| Capital One Bank | P O Box 530081<br>Atlanta, GA 30353<br>Claim No. 00007 | 2,965.58 |
| Excel Communications | P O Box 210496<br>Kansas City, MO 64121<br>Claim No. 00008 | 593.12 |
| MBNA America | P O Box 15137<br>Wilmington, DE 19886<br>Claim No. 00010 | 1,181.93 |

That more than ninety (90) days have elapsed since the declaration and distribution of the final dividend, and pursuant to the provisions of 11 U.S.C. §347, the undersigned has mailed a copy of this Notice and the original check in the amounts of $36,292.59, payable to the Clerk, U. S. Bankruptcy Court, to the attention of Susan Magaditsch, Financial Administrator, United States Bankruptcy Court, Sam M. Gibbon United States Courthouse, 801 N. Florida Ave., Tampa, FL 33602, and states that the claimant entitled thereto is as listed above, and that the last known address, as far as known, is given above.

Dated January 9, 2019.

/s/ Marie E. Henkel
Marie E. Henkel, Trustee
Florida Bar No. 260320
3560 S. Magnolia Ave.
Orlando, FL 32806
Telephone : (407) 438-6738
Facsimile  : (407) 858-9466